UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUSTIN GOLDMAN,                                    :

                                                   :        ORDER
                      Plaintiff,                            26 Civ. 4021 (RA) (GWG)
                                                   :

      -v.-
                                                   :

VONTREL PRINGLE,
                                                   :

                      Defendant.                   :
----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The Court's standing order in cases filed by pro se plaintiffs specifically provides that it
is plaintiff's "obligation to provide an address for service." Docket # 2 at 1. However,
plaintiff, who is proceeding pro se, has failed to provide an address for service. He also has not
consented to electronic service.

       The Court is aware that an address currently appears on the docket sheet for plaintiff.
But the Court has learned that this was not an address provided by plaintiff as part of his filing of
the case. Instead, it is one of several addresses that plaintiff has used in other cases. Because
the Court cannot be sure of plaintiff's address until he provides it, the Clerk of Court is ordered
to delete this address from the docket sheet.

       Plaintiff is directed to rectify his failure to include an address in the complaint either by
filing a letter containing his address or by consenting to electronic service. Further, until one of
these two events occurs, plaintiff must check the docket sheet regularly to determine if any
orders were issued in this case. The Pro Se Intake Unit at the United States Courthouse, 500
Pearl Street, Room 205, New York, New York ((212) 805-0175) may be of assistance to plaintiff
in connection with court procedures.

       Finally, the Court notes that plaintiff is responsible for obtaining a summons from the
Clerk of Court and effectuating service on defendant. Under Rule 4(m) of the Federal Rules of
Civil Procedure, service must take place by August 11, 2026. If service is not effectuated by
that date, the complaint may be dismissed.

SO ORDERED.

Dated:  May 28, 2026
            New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge